## GREEN v. KEARNEY

[367 N.C. 113 (2013)]

LARRY DONNELL GREEN, BY AND THROUGH HIS GUARDIAN AD LITEM, SHARON CRUDUP; LARRY ALSTON, INDIVIDUALLY; AND RUBY KELLY, INDIVIDUALLY V. WADE R. KEARNEY, II; PAUL KILMER; KATHERINE ELIZABETH LAMELL; PAMELA BALL HAYES; RONNIE WOOD; PHILLIP GRISSOM, JR.; DR. J.B. PERDUE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS MEDICAL EXAMINER OF FRANKLIN COUNTY; LOUISBURG RESCUE AND EMERGENCY MEDICAL SERVICES, INC.; FRANKLIN COUNTY EMERGENCY MEDICAL SERVICES; EPSOM FIRE AND RESCUE ASSOCIATION, INC.; AND FRANKLIN COUNTY, NORTH CAROLINA, A BODY POLITIC

No. 123A13

(Filed 4 October 2013)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 739 S.E.2d 156 (2013), affirming an order entered on 8 February 2012 by Judge Henry W. Hight, Jr. in Superior Court, Franklin County. Heard in the Supreme Court on 5 September 2013.

*Bell & Vincent-Pope, P.A., by Judith M. Vincent-Pope, for plaintiff-appellants Larry Alston and Ruby Kelly.*

*Troutman Sanders LLP, by Gary S. Parsons and Whitney S. Waldenberg, for Pamela Ball Hayes, Ronnie Wood, and Louisburg Rescue and Emergency Medical Services, Inc.; and Young Moore and Henderson, P.A., by David M. Duke, for Wade R. Kearney, II, defendant-appellees.*

*Glenn, Mills, Fisher & Mahoney, P.A., by Carlos E. Mahoney, and Whitley Law Firm, by Ann C. Ochsner, for North Carolina Advocates for Justice, amicus curiae.*

PER CURIAM.

AFFIRMED.